IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Claybrook, Darryl A | Case Number: 08 B 13611 |
|---|---|---|
| | Claybrook, Floreine E | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 5/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 6, 2009
Confirmed:  October 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,619.98 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,447.07 |
| Trustee Fee: | | 172.91 |
| Other Funds: | | 0.00 |
| Totals: | 2,619.98 | 2,619.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,851.50 | 2,447.07 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Great Seneca | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 15,928.84 | 0.00 |
| 6. | Internal Revenue Service | Priority | 53.45 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 1,696.17 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 87.51 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 10.52 | 0.00 |
| 11. | Paul T Atkenson MD SC | Unsecured | 31.50 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 95.58 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 290.77 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 778.91 | 0.00 |
| 15. | Chase Automotive Finance | Unsecured | 924.89 | 0.00 |
| 16. | Illinois State Tollway | Unsecured | 166.48 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 31.17 | 0.00 |
| 18. | RJM Acquisitions LLC | Unsecured | 9.24 | 0.00 |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 21. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 22. | American Collections & Credit | Unsecured | | No Claim Filed |
| 23. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 24. | GC Services | Unsecured | | No Claim Filed |
| 25. | ER Solutions | Unsecured | | No Claim Filed |
| 26. | Progressive Management Systems | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Claybrook, Darryl A | Case Number: 08 B 13611 |
|---|---|---|
| | Claybrook, Floreine E | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 5/28/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Palisades Collection LLC | Unsecured | | No Claim Filed |
| 28. I C Systems Inc | Unsecured | | No Claim Filed |
| 29. NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. PLS Payday Loan Store | Unsecured | | No Claim Filed |
| 31. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 32. Professional Account Management | Unsecured | | No Claim Filed |
| 33. American Collections & Credit | Unsecured | | No Claim Filed |
| 34. West Asset Management | Unsecured | | No Claim Filed |
| | | $ 23,011.53 | $ 2,447.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 172.91 |
| | $ 172.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

